# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

          Plaintiff,

    v.

PELAYO,

          Defendant.

Case No.  1:26-cv-01067-FRS (BAM) (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS

**THIRTY (30) DAY DEADLINE**

Plaintiff Jeremy Jones ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on February 6, 2026.  (ECF No. 1.) Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    **February 10, 2026**                    /s/ *Barbara A. McAuliffe*

                                      UNITED STATES MAGISTRATE JUDGE

1